DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN BAZILE,**
Appellant,

v.

**YANICK ST. CHARLES,**
Appellee.

No. 4D20-50

[June 10, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE2017020551.

Jean Bazile, Miramar, pro se.

Claudio R. Cedrez Pellegrino of Claudio R. Cedrez, LLC, Miami, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

LEVINE, C.J., WARNER and MAY, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*